## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**PINCH A PENNY, INC.,**

    Plaintiff,

v.

**SR & JG, INC. D/B/A POOLSIDE POOL
SUPPLY, SUSAN RUSSELL, AND JOHN
GREIM**,

    Defendants.

**CASE NO. 9:15-CV-80067**

### PLAINTIFF'S NOTICE OF SETTLEMENT AND MOTION TO STAY
### CONSIDERATION ATTORNEYS' FEES

Plaintiff Pinch A Penny, Inc., gives notice of reaching a settlement with the Defendants and says:

1.    The parties have reached a settlement in this matter. The Defendants' compliance with the settlement agreement will satisfy the Court's final judgment and the attorneys' fees requested by Plaintiff.

2.    The Court has already determined Plaintiff's entitlement to attorneys' fees (Doc. 126), and Plaintiff has submitted affidavits establishing the amount of fees (Doc. 134, 135). Defendants' performance with its settlement will moot any further determination by the Court.

3.    As a result, Plaintiff requests that the Court stay consideration of the Plaintiff's fee request pending the Defendants' performance under the agreement. In the event the Court prefers to deny the motion as moot, Plaintiff requests that the denial be without prejudice to Plaintiff's right to renew the motion upon notice of Defendants' breach of the settlement agreement.

4.    Plaintiff has conferred with counsel for the Defendants and represents that Defendants agree to the relief sought by this motion.

**WHEREFORE**, Plaintiff requests entry of an order staying determination of Plaintiff's request for attorneys' fees and for all other appropriate relief.

Dated: October 19, 2018.                    Respectfully submitted,

/s/ S. Douglas Knox

S. Douglas Knox
Florida Bar No. 849871
Zachary S. Foster
Florida Bar No. 111980
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Suite 3400
Tampa, FL 33602-5195
Phone: 813-387-0300
Fax: 813-387-1800
Primary email addresses:
Doug.Knox@quarles.com
Zachary.Foster@quarles.com
Donna.Santoro@quarles.com
Docketfl@quarles.com
*Attorneys for Pinch A Penny, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 19, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to the following counsel of record:

Don Pickett, Esq.
Pickett, Marshall & Rozenson, P.A.
325 Clematis Street, Second Floor - Suite B
West Palm Beach, FL 33401
pmglaw@belsouth.net

/s/ S. Douglas Knox

Attorney